# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| Carla Jones, | : |
|  | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:16-cv-00924-ELR-WEJ |
|  | : |
| Diversified Adjustment Service, Inc.; and DOES 1-10, inclusive, | : |
|  | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 28, 2016

                                                    Respectfully submitted,

                                                    By: */s/ Sergei Lemberg, Esq.*
                                                    Attorney Bar No.: 598666
                                                    Attorney for Plaintiff Carla Jones
                                                    LEMBERG LAW, LLC

43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250 ext. 5500
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        */s/ Sergei Lemberg*
                                        Sergei Lemberg, Esq.