# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Carla Jones, | : |
|                     Plaintiff, | : CIVIL ACTION FILE: 1:16-cv-00924-ELR-WEJ |
| v. | : |
| Diversified Adjustment Service, Inc.; and DOES 1-10, inclusive, | : |
|                     Defendants. | : |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Carla Jones and Defendant Diversified Adjustment Service, Inc., by and through the undersigned counsel, have agreed to the stipulated dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Carla Jones dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

## CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 27th day of February 2017.

| **LEMBERG LAW, LLC** | **BEDARD LAW GROUP, P.C.** |
|---|---|
| */s/ Sergei Lemberg, Esq.* | */s/ Jonathan K. Aust, Esq.* |
| Attorney Bar No.: 598666 | Georgia Bar No.: 448584 |
| Attorney for Plaintiff Carla Jones | Attorney for Defendant Diversified Adjustment Service, Inc. |
| LEMBERG LAW, LLC | |
| 43 Danbury Road, 3rd Floor | 2810 Peachtree Industrial Boulevard |
| Wilton, CT 06897 | Suite D |
| Telephone: (203) 653-2250 ext. 5500 | Duluth, GA 30097 |
| Facsimile: (203) 653-3424 | Telephone: (678) 253-1871 |
| Email: slemberg@lemberglaw.com | Facsimile: (678) 253-1873 |
| | Email: jaust@bedardlawgroup.com |

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2017, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Jonathan K. Aust, Esq.
>John H. Bedard, Jr., Esq.
>2810 Peachtree Industrial Boulevard, Suite D
>Duluth, GA 30097
>Attorneys for Defendant Diversified Adjustment Service, Inc.

>/s/Sergei Lemberg, Esq.
>Georgia Bar No.: 598666
>Attorney for Plaintiff

LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424